UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMANTHA CALDERON,<br><br>                    Plaintiff,<br><br>-against-<br><br>JANE DOE; JOHN DOE;<br>MUNAPLITY/COPERATE QUO/8.30G,<br><br>                    Defendants. | 24 **CIVIL** 3991 (LTS)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the Court's Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 6, 2024
             New York, New York

                                                                /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                          Chief United States District Judge